IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOEL MEANS, Inmate #581357, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 06-140-JLF |
| | ) |
| DAIV DONKEN, DOROTHY DRIVER, | ) |
| DR. LEHMEN, and NURSE ROBBTE, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

**FOREMAN, District Judge:**

On April 27, 2006, the Court issued an order in this action informing Plaintiff of its intention to close this case and file the complaint as an amended complaint in another similar case filed in the district. The Court ordered Plaintiff to inform the Court in writing within 30 days if Plaintiff wished to proceed in both cases. That deadline has passed, and Plaintiff has failed to respond.

Therefore, in accordance with the Court's April 27 order, (Doc. 3), this case is **CLOSED** for failure to comply with an order of the Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). The Clerk is **DIRECTED** to file the complaint in this action as an amended complaint in *Means v. Donken*, Case No. 06-cv-104-JLF.

**IT IS SO ORDERED.**
**DATED:  June 2, 2006.**



                                                               *s/ James L. Foreman*
                                                        **DISTRICT JUDGE**