IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOEL MEANS, Inmate #581357,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL NO. 06-140-JLF** |
| ) | |
| **DAIV DONKEN, DOROTHY DRIVER,** ) | |
| **DR. LEHMEN, and NURSE ROBBTE,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** this action is dismissed for failure to comply with an order of this Court. Dismissal is without prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

**June 2, 2006.**　　　　　　　　　**By:**　*s/ James L. Foreman*
*Date*　　　　　　　　　　　　　　　　*District Judge*